UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CIVIL LIBERTIES UNION,

                Plaintiff,

         v.

OFFICE OF REFUGEE RESETTLEMENT, *et al.*,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-25-20
```

20-CV-5573 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed during today's conference, the parties shall file a joint status update with the Court no later than October 9, 2020. Counsel for both parties shall appear telephonically for a status conference on October 22, 2020 at 12:00 pm. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    September 25, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge