October 9, 2020

**<u>Via ECF</u>**

Hon. Ronnie Abrams
U.S. District Judge
U.S. District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re:** ***N.Y. Civil Liberties Union v. Office of Refugee Resettlement, et al.***
      **20 Civ. 5573**

Dear Judge Abrams:

Pursuant to the Court's order dated September 25, 2020 (ECF No. 16), the parties submit this joint status update.

Since the September 25 initial conference in this case, Defendants have produced to Plaintiff 25 pages of responsive records from their initial search, with 21 pages produced on September 30 and the remaining four pages produced on October 3. Defendants have asserted FOIA exemptions (b)(5) and (b)(6) with regard to certain portions of those 25 pages. Plaintiff expects to be in a position to determine which, if any, of those asserted exemptions it will challenge following the additional search and production described below.

As discussed at the initial conference, Defendants provided Plaintiff a description of the initial search performed and indicated their willingness to conduct additional searches. The parties have conferred over two follow-up searches.

The first search will be of the UAC Policy email box, and the boxes of four agency officials which were not included in Defendants' initial search. The search will include emails sent to or from these accounts, without limitation as to sender or recipient, for the period January 1, 2019, until the time of the search. It will consist of five search terms. Defendants have agreed to complete that search, and to propose to Plaintiff a schedule for processing and producing any responsive records that they identify as a result, on or before October 27, 2020.

The second search will be of the email boxes of all ORR Federal Field Specialists. The search will include emails sent to or from these accounts, without limitation as to sender or recipient, for the period January 1, 2019, until the time of the search. It will consist of a single search term. Defendants represent that they cannot yet estimate by when that search will be completed, but they have agreed to provide Plaintiffs such an estimate on or before October 27, 2020.

The parties propose that, after the number of potentially responsive records is known, they confer regarding an appropriate production schedule and submit a joint status letter by

2

November 9, 2020, addressing the production schedule and any other outstanding issues. Additionally, in light of this proposal, the parties request that the Court adjourn the status conference scheduled for October 22, 2020, to a date at the Court's earliest convenience after November 9, 2020.

Respectfully Submitted,

*/s/ Jordan Laris Cohen*
Jordan Laris Cohen
Antony P.F. Gemmell
Christopher T. Dunn
NEW YORK CIVIL LIBERTIES
  UNION FOUNDATION
125 Broad Street, 19th Floor
New York, New York 10004
212-607-3300
jlariscohen@nyclu.org

AUDREY STRAUSS
Acting United States Attorney

By:    /s/ *Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2663
Fax: (212) 637-2686
Email: jennifer.jude@usdoj.gov