

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 9, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *N.Y. Civil Liberties Union v. Office of Refugee Resettlement, et al.*, 20 Civ. 5573 (RA)

Dear Judge Abrams:

    This Office represents the defendants, the Office of Refugee Resettlement ("ORR"), the Administration for Children and Families ("ACF"), and the U.S. Department of Health and Human Services ("HHS") (collectively "Defendants") in this action arising under the Freedom of Information Act ("FOIA"). I write respectfully on behalf of Defendants and plaintiff New York Civil Liberties Union ("Plaintiff") to provide the joint status update due today pursuant to the Court's October 14, 2020 Order. Dkt. No. 18 at 2 (memo endorsement).

    Since the parties' last update, Defendants have performed all of the follow-up searches for records responsive to Plaintiff's FOIA request that were described in the parties' previous letter. *See* Dkt. No. 17 at 1. As Defendants reported to Plaintiff, those searches returned a very large volume of records with a preliminary page count in the hundreds of thousands of pages. In response to that, Plaintiff has proposed narrowed versions of these searches in the hope that they will return a more manageable volume of records for processing and Defendants are in the process of submitting those searches. Because the searches are expected to take multiple weeks to complete, the parties respectfully propose that they submit another joint status letter by December 4, 2020, in which they update the Court on their progress and the parties request that the status conference scheduled for November 13, 2020, *see* Dkt. No. 18 at 2, be adjourned to the earliest date after December 4, 2020, that is convenient for the Court.

    The parties thank the Court for its consideration of this submission.

The Honorable Ronnie Abrams
November 9, 2020
Page 2

              Respectfully,

              AUDREY STRAUSS
              United States Attorney

          By:  */s/ Jennifer Jude*
              JENNIFER JUDE
              Assistant United States Attorney
              Telephone: (212) 637-2663
              Email:  jennifer.jude@usdoj.gov

cc: Counsel for Plaintiffs (by ECF)

---

Application granted.  The conference scheduled for Friday, November 13, 2020 is hereby adjourned until December 8, 2020 at 1:30 pm.  The parties shall submit a joint status letter no later than December 4, 2020. SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 10, 2020