UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CIVIL LIBERTIES UNION,

                Plaintiff,

         v.

OFFICE OF REFUGEE RESETTLEMENT, *et al.*,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 12-8-20

20-CV-5573 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons articulated at today's conference, Defendants are hereby ORDERED to process the documents it has identified at a rate of 500 documents per month.

    IT IS FURTHER ORDERED that the parties submit a joint status letter to the Court no later than February 8, 2021, or earlier, if need be.

SO ORDERED.

Dated:    December 8, 2020
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge